# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **CASE NO. 06-054 (DRD)** |
| v. | |
| **[9] SONIA HERNANDEZ REYES,** | |
| Defendant. | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as **LEAD COUNSEL** in this case for the United States of America. Any other prior Assistant United States Attorneys who have filed an appearance form in this case are to be terminated.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 16th day of June, 2007.

> ROSA EMILIA RODRIGUEZ VELEZ
> UNITED STATES ATTORNEY
>
> s/Dina Avila-Jiménez - 224202
> Assistant U.S. Attorney
> Torre Chardon, Room 1201
> 350 Carlos Chardon Avenue
> San Juan, PR 00918
> Tel. (787) 766-5656
> Fax: (787) 766-6222

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 16th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 16th day of June, 2007.

> /S/ Dina Avila-Jiménez
> Dina Avila-Jiménez - USDC 224202
> Assistant United States Attorney